

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00094-CV

**IN RE** Stephen Patrick **BLACK**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
           Luz Elena D. Chapa, Justice
           Beth Watkins, Justice

Delivered and Filed: March 13, 2019

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On February 22, 2019, relator filed a pro se petition for writ of mandamus complaining of the trial court's refusal to set a hearing for and rule on his Motion to Terminate State Counsel for Offenders and Invoke the *Faretta* Right to Self-Representation. On February 27, 2019, the Special Prosecution Unit filed a response to relator's petition, attached to which was a copy of a Notice of Setting. The trial court has set a hearing to determine relator's ability to represent himself for April 10, 2019. Because relator has received the relief requested in his mandamus petition, we dismiss the petition as moot. *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (orig. proceeding) (dismissing petition because relief sought had become moot).

PER CURIAM

---

[1] This proceeding arises out of Cause No. CV-15-1805, styled *In re the Commitment of Stephen Patrick Black*, pending in the 274th Judicial District Court, Guadalupe County, Texas, the Honorable Gary L. Steel presiding.